IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA WILCOX,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID OF PENNSYLVANIA, INC.<br>d/b/a RITE AID,<br><br>    Defendant. | Civil Action No. 1:17-cv-00110-BR<br><br>Judge Barbara J. Rothstein |

**JOINT MOTION TO EXTEND ADR CONFERENCE DEADLINE**

Plaintiff Lisa Wilcox ("Plaintiff") and Defendant Rite Aid of Pennsylvania, Inc. d/b/a Rite Aid ("Defendant"), by and through their counsel, hereby move the Court to extend the deadline to conduct the Alternative Dispute Resolution Conference. In support of their joint motion, the parties state as follows:

1. On May 10, 2017, this Court entered an Order Referring Case to Alternative Dispute Resolution, requiring that the Alternative Dispute Resolution Conference ("ADR Conference") be concluded within 60 days of the Order (July 10, 2017). (Dkt. No. 6).

2. The parties' have explored various mediators and have agreed to mediate before the Honorable Kenneth J. Benson.

3. In conjunction with Judge Benson, the parties have attempted in good faith to schedule the ADR Conference as soon as possible; however, the mediator, counsel, and all parties have had to resort to looking at dates in August for a time that all participants are available. The parties are in the process of confirming August 2, 3, and 4, 2017 for the mediation session.

4.  Accordingly, the parties respectfully request that the Court enter an Order extending the deadline to conduct the ADR Conference until August 4, 2017.

5.  The parties will file an updated Stipulation Selecting ADR Process once the date is confirmed this week and pending resolution of this motion.

6.  Extending the ADR Conference deadline will have no effect on the other case management deadlines.

7.  Plaintiff's counsel has consented to the electronic filing of this document by counsel for Defendant.

WHEREFORE, the parties respectfully request that this Court enter the attached proposed order extending the parties' deadline to conduct the Alternative Dispute Resolution Conference to August 4, 2017.

Respectfully submitted,

s/Morgan J. Matson
Jill M. Weimer (PA #207509)
jweimer@littler.com
Morgan J. Matson (PA #312138)
mmatson@littler.com
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
412.201.7632/7620
412.291.3117 (fax)

Attorneys for Defendant
Rite Aid of Pennsylvania, Inc. d/b/a Rite Aid

Dated:  May 30, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2017, a copy of the foregoing **Joint Motion to Extend ADR Conference Deadline** was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

>Richard T. Ruth
>1026 West 26th Street
>Erie, PA  16508

>s/Morgan J. Matson
>Morgan J. Matson

Firmwide:147903044.1 053348.1326